[Crim. No. 466. Fourth Dist. Aug. 14, 1941.]

THE PEOPLE, Respondent, v. FRANZ COWDEN TAYLOR, Appellant.

No appearance for Appellant.

Earl Warren, Attorney General, and Frank Richards, Deputy Attorney General, for Respondent.

BARNARD, P. J.—The clerk's and reporter's transcripts on this appeal were filed in this court on July 1, 1941. No appearance has been made in this court for the appellant. The matter was regularly placed on the calendar for August 12, 1941, and no one then appearing for the appellant the respondent moved to affirm the judgment under section 1253 of the Penal Code.

The motion is granted and the judgment is affirmed.

Griffin, J., and Mundo, J., *pro tem.*, concurred.